IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


| | | |
|---|---|---|
| TRACY L. BEIRD | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 17-5303 |
| LINCOLN UNIVERSITY OF THE | : | |
| COMMONWEALTH SYSTEM OF HIGHER | : | |
| EDUCATION | : | |

## ORDER

**AND NOW**, this 17th day of September, 2020, upon consideration of Defendant's

Motion for Summary Judgment (ECF No. 12), Plaintiff's Response in Opposition thereto (ECF

No. 14), and Defendant's Reply (ECF No. 16), it is **ORDERED** that Defendant's Motion is

**GRANTED IN PART AND DENIED IN PART**, as follows:

1.    By agreement of the parties, judgment is entered in favor of Defendant as to

Counts IV, V, and VI of the Complaint;

2.    Judgment is entered in favor of Defendant as to Count III of the Complaint; and

3.    Defendant's Motion is **DENIED** in all other respects.

**IT IS SO ORDERED**.


BY THE COURT:

_/s/ R. Barclay Surrick_____
**R. BARCLAY SURRICK, J.**